1  **Bruce A. Neilson #096952**
   **7108 N. Fresno St. #410**
2  **Fresno, California  93720**
   **Telephone (559) 432-9831**
3  **Facsimile (559) 432-1837**

4  **Attorney for Plaintiff**
   Orlonzo Hedrington

5

## UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7

\* \* \* \* \*

8
   | | |
   |---|---|
   ORLONZO HEDRINGTON; ) CASE NO.
9                      )
        Plaintiff,     ) COMPLAINT FOR MEDICAL
10                     ) NEGLIGENCE UNDER THE FEDERAL
   vs.                 ) TORT CLAIMS ACT
11                     )
   VETERAN'S ADMINISTRATION OF THE ) [JURY TRIAL DEMANDED]
12 UNITED STATES OF AMERICA; DOES 1 )
   through 50, inclusive )
13                     )
        Defendants.    )
14 _____ )

15                         **INTRODUCTION**

16

17         Plaintiff, ORLONZO HEDRINGTON, underwent an operation on or about January 18,

18 2016, at the Veterans Administration Hospital at Davis Grant Medical Center at Travis Air Force

19 Base, California (hereinafter VA HOSPITAL), described as coronary artery bypass graft surgery.

20 Following the surgery, and during recovery in ICU and other hospital rooms, plaintiff underwent

21 recovery treatment including physical therapy on or about the period from January 20, 2018

22 through January 22, 2018. During the course of this medical treatment on or about January 22,

23 2018, the employees of the VETERANS ADMINISTRATION OF THE UNITED STATES OF

24 AMERICA at the VA HOSPITAL so negligently supervised and transported plaintiff to and from

25 physical therapy and recovery that plaintiff was allowed to be drugged and sexually touched and

26 penetrated without his consent, thereby causing continuing substantial emotional distress and

27 trauma, sleep disorder and insomnia, depression and resulting physical discomfort and pain.

28         Plaintiff is informed and believes that VA HOSPITAL staff treating and attending to

1  plaintiff at all times relevant herein, were employees of the VETERANS ADMINISTRATION

2  OF THE UNITED STATES OF AMERICA, such that liability for this claim falls to the

3  UNITED STATES or AMERICA under the Federal Tort Claims Act.

4

5                         **JURISDICTION AND VENUE**

6

7      1.   This Court has jurisdiction over the subject matter of this action under the Federal Tort

8  Claims Act (FTCA), found at 28 USC Sec. 1346(b), 2401(b), and 2671-80. Venue is proper in

9  the Eastern District of California, under 28 U.S.C. s 1391(b), in that a substantial part of the

10  events or omissions giving rise to the plaintiff's claims occurred in this judicial district.

11

12                              **THE PARTIES**

13

14      2.   Plaintiff in this case is: ORLONZO HEDRINGTON, born 1957.

15

16      3.   Defendant, VETERANS ADMINISTRATION OF THE UNITED STATES OF

17  AMERICA, is sued herein pursuant to the provisions of the Federal Tort Claims Act under 28

18  USC Sec. 1346(b), 2401(b), and 2671-80.

19

20      4.   DOES 1 through 50, inclusive, are defendants herein under fictitious names because

21  their true names, capacities, and degrees of responsibility for the acts alleged herein are unknown

22  to the plaintiff at this time. When the plaintiff ascertains this information, she will amend this

23  complaint accordingly. The plaintiff is informed and believes, and thereon alleges, that DOES 1

24  through 50, inclusive, and each of them, are legally liable to the plaintiff in some part for the

25  wrongful acts and omissions of which the plaintiff complains herein.

26

27      5.   The plaintiff is informed and believes, and thereon alleges, that at all times mentioned

28  herein, each and every defendant was the agent, servant, employee, and/or representative of each

Orlonzo Hedrington v. Veteran's Administration, et al.
Complaint for Medical Negligence FTCA                              Case No.

1   and every other defendant and, in doing the things complained of herein, was acting within the

2   scope of that agency, service, employment, and/or representation, and that each and every

3   defendant is jointly and severally responsible and liable to the plaintiff for the damages

4   hereinafter alleged.

5

6   **ADMINISTRATIVE PROCEEDINGS**

7

8        6.  Pursuant to 28 USC Sec. 1346(b), 2401(b), and 2671-80, the plaintiff timely filed a

9   FTCA claim with the VETERANS ADMINISTRATION OF THE UNITED STATES OF

10  AMERICA on or about August 28, 2017.  Attached as Exhibit A is a copy of said claim and the

11  acknowledgment of receipt letter from the USAF Claims Division.  On February 27, 2018, said

12  claim was rejected by the Department of the Air Force, Claims and Tort Litigation Division.

13

14       7. This action is filed not later than 6 months from the rejection on February 27, 2018,

15  and accordingly, the plaintiff complied with the claim filing prerequisites of the Federal Tort

16  Claims Act prior to initiating this action.

17

18  **FIRST CAUSE OF ACTION**

19  (Medical Negligence Claim under the Federal Tort Claims Act)

20

21       8.  Plaintiff, ORLONZO HEDRINGTON, realleges and incorporates herein by reference

22  each and every allegation contained in paragraphs 1 through 7 of this Complaint.

23

24       9.  Employees at the VA HOSPITAL, while acting in the course and scope of their

25  employment with the VETERANS ADMINISTRATION OF THE UNITED STATES OF

26  AMERICA, did so negligently supervise and transport plaintiff to and from physical therapy and

27  other rooms within the VA HOSPITAL that plaintiff was allowed to be drugged and sexually

28  touched and penetrated without his consent, thereby causing continuing substantial resulting

Orlonzo Hedrington v. Veteran's Administration, et al.                          3
Complaint for Medical Negligence FTCA                                    Case No.

1   damages to plaintiff including, but not limited to, emotional distress and trauma, sleep disorder

2   and insomnia, depression and physical discomfort, anxiety, stress, fear, difficulty to adjust or

3   cope, flashbacks, physical discomfort and pain resulting therefrom.

4

5   10.  The employees of VETERANS ADMINISTRATION OF THE UNITED STATES

6   OF AMERICA at the VA HOSPITAL breached their duty of care to plaintiff by acting below the

7   standard of care for performing similar medical procedures and duties in this locality, which

8   breach directly caused plaintiff's damages as alleged herein.

9                                          **PRAYER**

10   WHEREFORE, plaintiff prays for judgment against defendant as follows:

11   1. For past and future general damages against defendant in an amount to be proven at

12   trial;

13   2. For past and future special damages against defendant in an amount to be proven at

14   trial;

15   3. For costs of suit; and

16   4. For whatever further relief as may be just and proper.

17

18                              **DEMAND FOR JURY TRIAL**

19

20   Plaintiff hereby demands a jury for all claims for which a jury is permitted

21

22   Dated: August 24, 2018                    _____/s/Bruce A. Neilson_____

23                                            Bruce A. Neilson, Attorney for Plaintiff,
                                             Orlonzo Hedrington

24

25

26

27

28

Orlonzo Hedrington v. Veteran's Administration, et al.
Complaint for Medical Negligence FTCA                          Case No.