Bruce A. Neilson #096952
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837

Attorney for Plaintiff
Orlonzo Hedrington


McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:   (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VETERAN'S ADMINISTRATION OF THE UNITED STATES OF AMERICA; DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-02333-KJM-DB<br><br>**STIPULATION AND ORDER TO SUBSTITUTE THE UNITED STATES OF AMERICA IN PLACE OF DEFENDANT VETERAN'S ADMINISTRATION OF THE UNITED STATES OF AMERICA** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, by and between the parties and subject to court approval, that |
| 2 | the United States of America is hereby substituted as a defendant in place of Veteran's Administration |
| 3 | of the United States of America pursuant to 28 U.S.C. §§ 1346(b)(1), 2679(a). *See, e.g.*, *F.D.I.C. v.* |
| 4 | *Craft*, 157 F.3d 697, 706 (9th Cir. 1998) (explaining that the Federal Tort Claims Act ("FTCA") "is the |
| 5 | exclusive remedy for tortious conduct by the United States, and it only allows claims against the United |
| 6 | States"—"an agency itself cannot be sued under the FTCA"). |

Dated: December 18, 2018

/s/ *Bruce A. Neilson* (authorized on 12/18/2018)
BRUCE A. NEILSON

Attorney for Plaintiff
Orlonzo Hedrington

Dated: December 18, 2018

MCGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for the United States of America

**IT IS SO ORDERED**

DATED: January 24, 2019.

_____
UNITED STATES DISTRICT JUDGE