UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZ HEDRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:18-cv-2333 KJM DB<br><br><br><br>ORDER |

On December 2, 2019, the parties submitted a stipulation and proposed order to conduct a Rule 35 mental examination to the undersigned pursuant to Local Rule 302(c)(1). (ECF No. 33.) However, on November 7, 2019, the assigned District Judge stayed this action. (ECF No. 32.) The parties' stipulation, therefore, will be denied without prejudice to renewal once the stay in this action is lifted.

Accordingly, IT IS HEREBY ORDERED that the December 2, 2019 stipulation (ECF No. 33) is denied without prejudice to renewal.

Dated: December 9, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\hedrington2333.stip.exam.den.ord

1