Bruce A. Neilson #096952
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837

Attorney for Plaintiff


PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:18-cv-02333-KJM-DB<br><br>**STIPULATION AND ORDER RE: RULE 35 MENTAL EXAMINATION** |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Orlonzo Hedrington will undergo a psychiatric examination conducted by Jessica Ferranti, M.D. A copy of Dr. Ferranti's curriculum vitae is attached as **Exhibit A**.

2. The examination will occur on Friday, July 16, 2021, at 11:30 a.m., at the U.C. Davis Medical Center (Behavioral Health Center) located at 2248 Stockton Boulevard, Sacramento, California Zip Code 95817. It is anticipated that the examination with be finished by 5:00 p.m., with restroom breaks provided as needed. Mr. Hedrington should eat lunch before the examination to ensure completion by 5:00 p.m.

3. The examination will consist of a mental status examination, an assessment of Plaintiff's current functioning, complaints, and information about Plaintiff's allegations in this lawsuit. Dr. Ferranti will also obtain a bio-psycho-social history. This includes Plaintiff's recent and past personal, family, social, developmental, substance-use, medical, psychiatric, educational, military, occupational, relationship, trauma, and legal histories.

4. Psychological tests and/or questionnaires to evaluate specific symptoms may also be administered, including the PCL-R; the TSI-2; the SIRS-2; the NV-MSVT, the ToVA; the ADI; the MOCA, the BDI, the BAI, the CAPS, and the AMI. Not all of these evaluation tools may be administered and are dependent on the symptoms presented, if any, by Plaintiff. Evaluation tools not relevant to the presenting psychological symptoms will not be administered.

5. Dr. Ferranti and Plaintiff will be the sole persons participating in the examination. No observers shall attend the examination. Plaintiff shall not record any portion of the examination.

6. Dr. Ferranti shall receive a copy of this executed Stipulation.

7. Attached as **Exhibit B** is a U.C. Davis consent form for psychiatric evaluation, and attached as **Exhibit C** is a COVID-related consent form. Plaintiff shall execute and provide a copy of the forms to Defendant's counsel at least two weeks prior to the examination.

8. Defendant shall provide Plaintiff's counsel with a report of the examination within 30 days of the date of the examination.

///

| | | |
|---|---|---|
| 1 | 9. The cost of the examination shall be borne by the Defendant. | |
| 2 | Dated: June 24, 2021 | /s/ *Bruce A. Neilson* |
| | | BRUCE A. NEILSON |
| 3 | | |
| | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: June 25, 2021 | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| 7 | | |
| 8 | | By: /s/ *Joseph B. Frueh* |
| | | JOSEPH B. FRUEH |
| | | Assistant United States Attorney |
| 9 | | |
| 10 | | Attorneys for Defendant |
| | | UNITED STATES OF AMERICA |
| 11 | | |
| 12 | | **ORDER** |
| 13 | Pursuant to the parties' stipulation, **IT IS SO ORDERED.** | |
| 14 | DATED: June 25, 2021 | /s/ DEBORAH BARNES |
| | | UNITED STATES MAGISTRATE JUDGE |