Bruce A. Neilson #096952
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837

Attorney for Orlonzo Hedrington and Peter L. Fear,
Trustee of the Chapter 7 Bankruptcy Estate of
Orlonzo Hedrington


PHILLIP A. TALBERT
Assistant United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-02333-KJM-DB<br><br>**STIPULATION AND ORDER FOR SUBSTITUTING BANKRUPTCY TRUSTEE IN PLACE OF ORLONZO HEDRINGTON AS PLAINTIFF** |

# STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that "Peter L. Fear, in his capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Orlonzo Hedrington," shall be substituted in place of Orlonzo Hedrington as the sole plaintiff in this action pursuant to Rule 17(a)(3) of the Federal Rules of Civil Procedure.

Pursuant to the Court's Minute Order (ECF 40), the parties shall file a Joint Status Report including their proposals for how this case should proceed on or before August 5, 2021, for the Status Conference scheduled for August 19, 2021, at 2:30 p.m.

Dated: June 8, 2021

/s/ *Bruce A. Neilson*   (authorized 6/8/2021)
BRUCE A. NEILSON

Attorney for Orlonzo Hedrington and Peter L. Fear, Trustee of the Chapter 7 Bankruptcy Estate of Orlonzo Hedrington

Dated: June 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

DATED:  June 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE