UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FEAR, et al., | No. 2:18-cv-2333 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On August 24, 2018, Orlonzo Hedrington commenced this action, through counsel, by filing a complaint and paying the applicable filing fee. (ECF No. 1.) On September 9, 2021, Hedrington filed a motion to compel and noticed the motion for hearing before the undersigned on October 8, 2021. (ECF No. 49.) Although the plaintiff in this action is represented by counsel, Hedrington's motion was not filed through counsel but was instead filed by Hedrington personally. Moreover, on June 30, 2021, "Peter L. Fear, in his capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Orlonzo Hedrington" was substituted in "as the sole plaintiff in this action[.]" (ECF No. 44 at 2.) In this regard, the September 9, 2021 motion to compel was not filed by the plaintiff or plaintiff's counsel and will, therefore, be denied.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The September 9, 2021 motion to compel (ECF No. 49) is denied; and

2. The October 8, 2021 hearing is vacated.

Dated: September 15, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/fear2333.mtc.den.ord

2