Bruce A. Neilson #096952
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837

Attorney for Plaintiff
PETER L. FEAR
Trustee of the Chapter 7 Bankruptcy
Estate of Orlonzo Hedrington

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER L. FEAR, in his capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Orlonzo Hedrington,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02333-KJM-DB<br><br>**STIPULATION AND ORDER RE: SUMMARY JUDGMENT BRIEFING AND HEARING** |

    IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Scheduling Order in this case (ECF 46) be modified to permit the following schedule for briefing and hearing the motion for summary judgment to be filed by Defendant United States of America.

///

Deadline to file motion for summary judgment ................................... September 16, 2022

Deadline to file opposition to motion for summary judgment ....................October 7, 2022

Deadline to file reply in support of motion for summary judgment ..........October 21, 2022

Hearing on summary judgment ............................................................November 4, 2022

The reasons for this stipulation are as follows:

According to the Scheduling Order (ECF 46), the deadlines for completing expert discovery and hearing dispositive motions are August 26 and October 21, 2022, respectively. According to the Court's website, however, there is no civil law and motion on October 21, 2022, and the only available hearing date before that deadline is October 7, 2022. Further, after the entry of the Scheduling Order in this case, Local Rule 230 was amended to increase the time required between filing and hearing motions.

Pursuant to the Court's standing order (ECF 47), the parties have met and conferred regarding Defendant's anticipated motion, and based on the substance of the motion, the parties' schedules, and the Court's available hearing dates, they have arrived at the foregoing proposed schedule for briefing and hearing the motion, subject to Court approval.

Dated: August 25, 2022  /s/ Bruce A. Neilson   (authorized 8/25/2022)
BRUCE A. NEILSON

Attorney for Plaintiff
PETER L. FEAR
Trustee of the Chapter 7 Bankruptcy
Estate of Orlonzo Hedrington

Dated: August 26, 2022  PHILLIP A. TALBERT
United States Attorney

By:  /s/ Joseph B. Frueh
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

DATED: September 1, 2022.

CHIEF UNITED STATES DISTRICT JUDGE