## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PETER L. FEAR, ET AL.,**

CASE NO: **2:18–CV–02333–KJM–DB**

v.

**UNITED STATES OF AMERICA, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/11/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **January 11, 2023**

by: /s/ K. Spichka
Deputy Clerk