1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   Peter L. Fear,                        No.  2:18-cv-02333-KJM-DB
                      Plaintiff,
12           v.
13   United States of America,
14                    Defendant.
     _____
15                                         No.  2:21-cv-00414-KJM-DB
     Orlonzo Hedrington,
16                    Plaintiff,
             v.
17   County of Solano, et al.,
                      Defendants.
18   _____
19   Orlonzo Hedrington,                    No.  2:22-cv-00074-KJM-DB
                      Plaintiff,
20           v.
21   David Grant Medical Center, et al.,
                      Defendant.
22   _____
23   Orlonzo Hedrington,                    No.  1:22-cv-01425-JLT-HBK
                      Plaintiff,
24           v.                             **RELATED CASE ORDER**
25   Veteran's Administration of the United
     States of America, et al.,
26                    Defendants.
27   _____

28

1

1    Examination of the above-captioned actions reveals that they are related within the

2    meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same

3    question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

4    substantial savings of judicial effort." Local Rule 123(a)(3).  These actions arise from Orlonzo

5    Hedrington's allegation he was sexually assaulted at David Grant Medical Center on Travis Air

6    Force Base on or around January 22, 2016.  Accordingly, the assignment of these matters to the

7    same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient

8    for the parties.

9    The parties should be aware that relating cases under Rule 123 causes the actions

10   to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

11   cases are generally assigned to the judge and magistrate judge to whom the first filed action was

12   assigned, as is the case here.

13   As a result, it is hereby ORDERED that case no. 1:22-cv-01425-JLT-HBK is

14   reassigned from District Judge Jennifer L. Thurston to the undersigned and from Magistrate

15   Judge Helena M. Barch-Kuchta to Magistrate Judge Deborah Barnes.  Henceforth, the caption on

16   documents filed in the reassigned case shall be shown as: 1:22-cv-01425-KJM-DB.

17   It is further ORDERED that the Clerk of the Court make the appropriate

18   adjustment in the assignment of civil cases to compensate for this reassignment.

19   IT IS SO ORDERED.

20   DATED:  June 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE