UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington, et al., | No. 2:18-cv-02333-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Veteran's Administration of the United States of America, et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No. 2:21-cv-00414-KJM-DB |
| Plaintiff, | |
| v. | |
| County of Solano, et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No: 1:22-cv-01425-KJM-DB |
| Plaintiff, | |
| v. | |
| Veteran's Administration of the United States of America, et al., | |
| Defendants. | |

1

| | | |
|---|---|---|
| 1 | Orlonzo Hedrington, | No: 2:22-cv-00074-KJM-DB |
| 2 |           Plaintiff, | |
| 3 |   v. | |
| 4 | David Grant Medical Center, et al., | |
| 5 |           Defendants. | |
| 7 | Orlonzo Hedrington, | No: 2:23-cv-00801-TLN-CKD |
| 8 |           Plaintiff, | |
| 9 |   v. | |
| 10 | David Grant Medical Center, et al., | |
| 11 |           Defendants. | |
| 13 | Orlonzo Hedrington, | No: 1:24-cv-00497-KES-SKO |
| 14 |           Plaintiff, | |
| 15 |   v. | |
| 16 | United States of America, | |
| 17 |           Defendant. | |
| 19 | Orlonzo Hedrington, | No: 2:24-cv-01224-DAD-DB |
| 20 |           Plaintiff, | |
| 21 |   v. | |
| 22 | United States of America, et al., | |
| 23 |           Defendant. | |

      The court has reviewed the notice of related cases in the above-captioned actions.  All four cases that were before the undersigned are now closed.  The assigned District Judge and Magistrate Judge in case no. 2:23-cv-00801-TLN-CKD have already resolved several pending

1  motions and that case is also closed.  Although all the actions involve the same parties and are
2  based on similar claims, the court finds assignment of the actions to a single judge is not "likely
3  to effect a savings of judicial effort or other economies" in this case.  E.D. Cal. L.R. 123(c).  The
4  court therefore **declines** to relate the above-captioned actions.

5      IT IS SO ORDERED.

6  DATED:  May 30, 2024.

                            CHIEF UNITED STATES DISTRICT JUDGE