UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Veteran's Administration of the United States of America, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-02333-KJM-DB<br><br>ORDER |

　　　Plaintiff Orlonzo Hedrington has filed a request that includes several applications for entry of default against a series of defendants, all but one of whom—the California Medical Board—were not named defendants in this case. Judgment was entered in this case, and the case is now closed. *See* Order (Mar. 22, 2024), ECF No. 49; J., ECF No. 50. The request for default judgment is **denied** as moot.

　　　This order resolves ECF No. 56.

　　　IT IS SO ORDERED.

DATED: June 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1