UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington,<br><br>               Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>               Defendants. | No. 2:18-cv-02333-KJM-DB<br><br>ORDER |

The request at ECF No. 92 is denied. *See* Order (June 26, 2023), ECF No. 78. The Clerk's Office is instructed not to accept any further pro se filings by plaintiff Orlonzo Hedrington in this matter.

     IT IS SO ORDERED.

DATED: December 9, 2024.

UNITED STATES DISTRICT JUDGE