UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLONZO HEDRINGTON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:18-cv-02333-DAD-SCR

ORDER SETTING DEADLINE FOR STATUS REPORT

On January 11, 2023, the previously-assigned district judge granted defendant's motion for summary judgment (Doc. No. 56) and closed this case. (Doc. No. 63.) On May 22, 2026, the Ninth Circuit reversed the district court's order granting summary judgment and remanded for further proceedings consistent with that opinion. (Doc. No. 99 at 23.) On August 4, 2026, the formal mandate was issued and filed in this action. (Doc. No. 101.) On August 5, 2026, this action was reassigned to the undersigned and Magistrate Judge Sean C. Riordan for all further proceedings in light of the retirement of the previously-assigned district judge and magistrate judge. (Doc. No. 102.)

Upon initial review of the docket, it is not entirely clear whether plaintiff Hedrington is proceeding as the sole *pro se* plaintiff in light of the court's June 30, 2021 order substituting plaintiff Hedrington for plaintiff Fear in the latter's capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Orlonzo Hedrington. (Doc. No. 44.) Nevertheless, the court previously

permitted plaintiff Hedrington to relieve attorney Bruce Neilson, who served as his counsel and his Chapter 7 Bankruptcy Estate, and to represent himself *pro se*. (Doc. No. 97.)

In light of the above, the court DIRECTS the parties to file a joint status report regarding the current status of this action, including whether plaintiff Hedrington is proceeding as the sole plaintiff in this action, by no later than August 28, 2026.

IT IS SO ORDERED.

Dated: **August 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE