UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLONZO HEDRINGTON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:18-cv-02333-DAD-SCR

ORDER

This matter has been remanded from the United States Court of Appeals for the Ninth Circuit for further proceedings. ECF Nos. 98 & 99. Specifically, the Ninth Circuit reversed the grant of summary judgment and remanded "for further proceedings, including additional discovery if warranted" consistent with its disposition. ECF No. 99 at 5. Plaintiff has confirmed that he is the sole remaining Plaintiff and is proceeding pro se. ECF Nos. 107 & 108. Accordingly, this matter is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

**IT IS HEREBY ORDERED** that:

1. A Status Conference is set for Thursday, **October 15, 2026 at 11 a.m.**, **to be convened over Zoom**. The courtroom deputy will provide dial-in instructions approximately one week before the conference.

2. Not later than **October 5, 2026**, the parties shall file a joint, or if agreement cannot be reached, individual status report(s) addressing the following matters:

a. Whether additional discovery is warranted, and if so, on what issues and for what duration;

b. Whether further dispositive motion practice is requested;

c. Whether a settlement conference should be scheduled;

d. Suggested dates for final pretrial conference and trial; and

e. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: September 28, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE